EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 7 2003

at __11__ o'clock and _40_ min. _α_ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>              Plaintiff, )<br><br>                vs. )<br><br>JAMES CARVALHO,   (01),<br>  aka "MOUSE",<br>MATTHEW PERKINS,  (02),<br><br>          Defendants. ) | Cr. No.  CR 03-00395 SOM<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 846 and 841] |

## INDICTMENT

### Count 1

The Grand Jury charges that:

From a date unknown to the Grand Jury up through and
including on or about July 28, 2003, in the District of Hawaii,
and elsewhere, the Defendants, JAMES CARVALHO aka "MOUSE" and

MATTHEW PERKINS did conspire with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately two pounds, a Schedule II controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(B).

<u>OVERT ACTS</u>

In furtherance of and in order to accomplish the objects of this conspiracy, the Defendants and their co-conspirators performed overt acts in the District of Hawaii, and elsewhere, including but not limited to, the following:

1.  In or around early July 2003, Defendants agreed to purchase quantities of methamphetamine from sources in California for distribution in Hawaii.

2.  On or about the first week in July, 2003, approximately one pound of methamphetamine was sent to the Defendants in Hawaii from California.

3.  On or about July 22, 2003, an individual in California sent a federal express box containing approximately 486.6 grams of methamphetamine to the Defendants at an address provided by the Defendants.

4.  On or about July 28, 2003, Defendant Matthew Perkins obtained the federal express box and transported the box

2

containing methamphetamine to Defendant James Carvalho's residence.

5.   On or about July 28, 2003, Defendants James Carvalho and Matthew Perkins handled the contents of the federal express box.

All in violation of 21 U.S.C. § 846.

### Count 2

The Grand Jury further charges that:

On or about July 28, 2003, Defendants JAMES CARVALHO aka "MOUSE" and MATTHEW PERKINS did knowingly and intentionally attempt to possess with intent to distribute, 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 486.6 grams, (gross weight) a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

### Count 3

The Grand Jury further charges that:

On or about April 9, 2003, Defendant JAMES CARVALHO aka "MOUSE" did knowingly and intentionally possess with intent to distribute, 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 518

//

//

//

//

3

grams, a Schedule II controlled substance, in violation of 21

U.S.C. 841(a)(1).

AUG  7 2003

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. James Carvalho, et.al
"Indictment"
 Cr. No.

4